# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-11380
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 17, 2019

Lyle W. Cayce
Clerk

WELLS FARGO BANK NATIONAL ASSOCIATION, as Trustee for
Soundview Home Loan Trust 2007-OPT5, Asset-Backed Certificates, Series
2007-OPT5,

      Plaintiff – Appellee,

v.

TRAVIS RENE PITRE
      Defendant – Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-3177

Before REAVLEY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

      Travis Pitre appeals the district court's judgment deciding that Wells Fargo is the owner of a note and beneficiary of the deed of trust, authorizing judicial foreclosure for Wells Fargo. The record supports that judgment, and it is affirmed.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-11380

The note and the deed of trust were executed by Pitre in 2007. He has been in default since 2011. The loan was assigned by the original lender to an entity who assigned to Wells Fargo. Pitre filed a bankruptcy petition and the bankruptcy court acknowledged the validity of the lien, then entitled to foreclosure by the loan servicer for Wells Fargo.

Despite that acceptance in the bankruptcy court, Pitre, acting pro se in the district court, contended that Wells Fargo had no standing. But Wells Fargo proved its ownership of the loan and the assignment by the deed of trust. Pitre's objection is only to say the assignments were "fraudulent" or "fabricated". No fact issue was raised, as the magistrate judge found. Pitre claimed one assignment failed because it was signed in blank, but the note was transferred and no more was required than what Wells Fargo offered. Other arguments are waived by failure to be made in the district court.

AFFIRMED.